UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA LA NAY CHASE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 16-cv-01810-JSW<br><br>**ORDER RE CONSENT** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Defendant has filed a notice that she consents to having this action tried before a Magistrate Judge for all purposes. Accordingly, Plaintiff is HEREBY DIRECTED to advise the Court, no later than July 22, 2016, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1] Consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

//
//
//
//
//

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a joint case management conference. Because the instant action involves review of an administrative record, however, a case management conference has not been scheduled.

The parties are further advised that they may jointly request assignment to a specific magistrate judge.[2]

**IT IS SO ORDERED.**

Dated: July 15, 2016.

_____
JEFFREY S. WHITE
United States District Judge

---

[2] The Court notes that Plaintiff had a prior case pending before Magistrate Judge Westmore, *Chase v. Commissioner*, 13-cv-1816.